IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES BENARD EDWARDS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:25-CV-24 (LAG)(ALS) |
| THE STATE OF GEORGIA, *et al.*, | : |
| Defendants. | : |

# **ORDER**

Plaintiff James Benard Edwards, an inmate in Augusta State Medical Prison in Grovetown, Georgia, has filed a motion to voluntarily dismiss this case without prejudice. (Doc. 9). At this stage of the proceeding, Plaintiff is entitled to dismiss his complaint without consent of the Court. *See* Fed. R. Civ. P. 41(a)(1). Therefore, Plaintiff's motion is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 4th day of June, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**