IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES BERNARD EDWARDS, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-24 (LAG-ALS) |
| | * |
| THE STATE OF GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 4, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk